JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| OCTAVIO RAMOS, | Case No. EDCV 07-0599-MLG |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: February 14, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge